MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Ryan Lower, Bar No. 9108
Email: rml@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ULLICO CASUALTY COMPANY f/k/a ULICO CASUALTY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TARGET MARKETING INSURANCE SERVICES, INC., a California corporation,<br><br>Defendant. | Case No. 2:11-cv-0181-GMN-VCF<br><br>**ORDER APPROVING STIPULATION FOR JUDGMENT AND DIRECTING ENTRY OF FINAL JUDGMENT** |

The Court having considered the parties' stipulation for judgment, and good cause appearing,

JUDGMENT is hereby entered in favor of Ullico Casualty Company and against Target Marketing Insurance Services, Inc. in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00).

Target Marketing Insurance Services, Inc., including its officers, directors, and agents, are hereby ORDERED to pay to Ullico Casualty all funds that it receives from the ARISA Account. Target Marketing Insurance Services, Inc., including its officers, directors, and agents, are further ORDERED to arrange for the wire transfer of such funds as provided for in the parties' settlement agreement.

The parties consent to the Court's continued jurisdiction to enforce any provision of the parties' settlement agreement.

**DATED** this 24th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge